UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PERRY BURNS,**<br><br>    Petitioner,<br><br>    v.<br><br>**UNITED STATES,**<br><br>    Respondent. | Civ. No. 2:12-cv-3089 (WJM)<br><br>**ORDER** |

**THIS MATTER** comes before the Court on Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255; for the reasons set forth in the accompanying Opinion; and for good cause appearing;

**IT IS** on this 9th day of April 2013, hereby,

**ORDERED** that the Petitioner's motion is **DENIED**.

                              s/William J. Martini
                         **WILLIAM J. MARTINI, U.S.D.J.**