UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**PERRY BURNS,**

       **Petitioner,**

   v.

**UNITED STATES,**

       **Respondent.**

Civ. No. 2:12-cv-3089 (WJM)

**ORDER**

     **THIS MATTER** comes before the Court on Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255; for the reasons set forth in the accompanying Opinion; and for good cause appearing;

     **IT IS** on this 9th day of April 2013, hereby,

     **ORDERED** that the Petitioner's motion is **DENIED**.

                                                        s/William J. Martini
                                                **WILLIAM J. MARTINI, U.S.D.J.**